| | | | |
|---|---|---|---|
| Walks v. 13th Judicial District Court | OP 16-0395 Granted | 08/09/16 | Original Proceeding Supervisory Control |
| Matter of B.J.T.H., B.H.T.H. 2016 MT 198N | DA 15-0513 Affirmed | 08/16/16 | Dist. 3 (Deer Lodge) |
| State v. Hastings 2016 MT 199N | DA 15-0258 Affirmed | 08/16/16 | Dist. 13 (Yellowstone) |
| Evans v. Kirkegard | OP 16-0458 Denied | 08/17/16 | Original Proceeding Habeas Corpus |
| Gillingham v. O'Fallon | OP 16-0461 Denied | 08/17/16 | Original Proceeding Habeas Corpus |
| Skattum v. Motl 2016 MT 208N | DA 16-0086 Affirmed | 08/23/16 | Dist. 1 (Lewis and Clark) |
| State v. Lawrence 2016 MT 209N | DA 14-0720 Reversed & Remanded | 08/23/16 | Dist. 21 (Ravalli) |
| Parenting of J.B. 2016 MT 210N | DA 15-0772 Affirmed | 08/23/16 | Dist. 4 (Missoula) |
| State v. Berg 2016 MT 211N | DA 15-0787 Affirmed | 08/23/16 | Dist. 13 (Yellowstone) |
| Cote v. 21st Judicial District Court | OP 16-0377 Granted | 08/24/16 | Original Proceeding Supervisory Control |
| Bozeman Deaconess Health v. 18th Judicial District Ct. | OP 16-0452 Dismissed | 08/24/16 | Original Proceeding Supervisory Control |
| Lichte v. 18th Judicial Dist. Ct. | OP 16-0482 Dismissed | 08/24/16 | Original Proceeding Supervisory Control |
| Wilkinson v. Kirkegard | OP 16-0480 Denied | 08/24/16 | Original Proceeding Habeas Corpus |
| Matter of A.D. & K.D., YINC 2016 MT 217N | DA 16-0089 Affirmed | 08/30/16 | Dist. 8 (Cascade) |